## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THOMAS HAMMON on behalf of himself and all others similarly situated, | : : : : |
| | Case No. 2:07-CV- 1237 |
| Plaintiffs, | JUDGE SARGUS |
| vs. | MAGISTRATE JUDGE KING |
| SONIC AUTOMOTIVE, et al. | |
| Defendants. | |

### AGREED ORDER

Upon motion of the parties, the Court hereby orders the following:

(1) The Ohio Corporation known as "Sonic Automotive 1400 Automall Drive, Columbus, Inc." is hereby substituted for named defendant "Sonic Automotive 1500 Automall Drive, Columbus, Inc." as a defendant in this action.

(2) This case is dismissed without prejudice pending arbitration.

IT IS SO ORDERED

4-15-2008
JUDGE SARGUS

AGREED:

*/s/ Edward R. Forman*
John S. Marshall (0015160) (*marshall@ee.net*)
Trial Counsel for Plaintiff
Edward R. Forman (0076651) (*eforman@ee.net*)
Co-Counsel for Plaintiff
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

Counsel for Plaintiff


*/s/ Thomas M.L. Metzger*
Thomas M. L. Metzger (0059694)(*tmetzger@littler.com*)
Trial Counsel for Defendant
Alison Day (0068060) (*aday@littler.com*)
Co-Counsel for Defendant
LITTLER MENDELSON, P.C.
21 East State Street, Suite 1600
Columbus, Ohio 43215
(614) 463-4201
Fax (614) 221-330

Counsel for Defendants